UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GRINNELL MUTUAL REINSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil No. 3:20-cv-00052-RLY-MPB ) |
| SOCIETY INSURANCE COMPANY, LISA GEORGE, E.H., H.H., NEW BOSTON TAVERN, INC., and RICHARD FORTWENDEL | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, Grinnell Mutual Reinsurance Company ("Grinnell Mutual"), hereby notifies the Court that the parties have reached a settlement which resolves all claims in both this coverage litigation and the underlying state court tort litigation.

As the underlying state court litigation involves minors, it will likely take more than thirty days to finalize the settlement of those claims, get court approval of the compromise and settlement of the minors' claims, and dismiss the underlying state court tort litigation. Grinnell Mutual respectfully requests that the parties in this matter be allowed to submit dismissal papers within thirty (30) days after the dismissal of the underlying state court tort litigation.

WHEREFORE, Plaintiff, Grinnell Mutual Reinsurance Company, by counsel, requests the Court stay all proceedings and allow the parties to submit dismissal paperwork within thirty (30) days after the dismissal of the underlying state court tort litigation.

...

Respectfully submitted,

*/s/ James P. Strenski*
James P. Strenski, #18186-53
Ian P. Goodman, #30645-49
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
jstrenski@paganelligroup.com
ian@paganelligroup.com

*Counsel for Grinnell Mutual Reinsurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically served upon the following persons via E-Mail on March 8, 2021:

Thomas C. Doehman
Daniel J. Buba
Kyle T. Ring
DOEHMAN BUBA
tcd@tortslaw.com
djb@tortslaw.com
ktr@tortslaw.com

Nelson Nettles
Kirk LeBlanc
Amanda M. Hendren
LeBLANC NETTLES LAW, LLC
nelson@indianalawgroup.com
kirk@indianalawgroup.com
amanda@indianalawgroup.com

*/s/ James P. Strenski*
James P. Strenski