UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| GRINNELL MUTUAL REINSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 3:20-cv-00052-RLY-MPB |
| SOCIETY INSURANCE COMPANY, LISA GEORGE, E.H., H.H., NEW BOSTON TAVERN, INC., and RICHARD FORTWENDEL | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S AND DEFENDANT SOCIETY'S AMENDED JOINT MOTION TO DISMISS

Plaintiff, Grinnell Mutual Reinsurance Company, by counsel, and Defendant, Society Insurance Company, by counsel, have filed their Joint Motion to Dismiss in order to dismiss all remaining claims against all parties in this matter.

And the Court, being duly advised, finds that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that this matter be and hereby is dismissed with prejudice, each party to bear its own fees and costs.

DATED:   8/10/2021

**Distribution via IECF**

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana